### INHABITANTS OF WINSLOW *vs.* CITY OF AUGUSTA.

Kennebec.    Opinion February 19, 1901.

Agreed statement.    Judgment for defendant.

The facts of this case will be found in *Inhabitants of Winslow* vs. *Inhabitants of Pittsfield*, ante, p. 53.

*C. F. Johnson*, for plaintiff.

*E. M. Thompson*, city solicitor, for defendant.

Counsel cited: R. S., c. 24, §§ 1, 5.

A married woman has the settlement of her husband if he has any in the state; if he has not, her own settlement is not affected by her marriage.    *Hallowell* v. *Augusta*, 52 Maine, 216; *Howland* v. *Burlington*, 53 Maine, 54; *Bucksport* v. *Rockland*, 56 Maine, 22; *Augusta* v. *Kingfield*, 36 Maine, 235; *Eddington* v. *Brewer*, 41 Maine, 462.

In *Eddington* v. *Brewer*, the court said: "A married woman shall always follow and have the settlement of her husband, if he has any within the state; otherwise her own at the time of marriage if she then had any, shall not be lost or suspended by the marriage."

In *Augusta* v. *Kingfield*, 36 Maine, p. 238, Justice HOWARD said: "The settlement of the mother, if she had any, at the time of the marriage, would not be lost or suspended by her marriage with one having no settlement in the state; but she could not gain a settlement in her own right, after marriage, and independent of her husband, while he was living and the marital relations subsisted."    Addie Spaulding had a derivative settlement from her father in the town of Pittsfield.

A wife cannot gain a settlement separate from her husband. *Hallowell* v. *Gardiner*, 1 Maine, 93; *Jefferson* v. *Litchfield*, 1 Maine, 196; *Farmington* v. *Jay*, 18 Maine, 376; *Garland* v. *Dover*, 19 Maine, 441; *Gardiner* v. *Farmingdale*, 45 Maine, 540; *Augusta* v. *Kingfield*, 36 Maine, 239.

PER CURIAM. This is an action to recover for pauper supplies furnished to Addie Spaulding, wife of Henry Otis Spaulding, and to their minor children. The supplies are the same sued for in the suit of *Winslow* v. *Pittsfield*, ante, p. 53, and the case was submitted upon the same statement of facts as in that case. In *Winslow* v. *Pittsfield*, the court decided that the settlement of the paupers was in Pittsfield and not in Augusta. The decision in this case must, therefore, be for the defendant city.

*Judgment for defendant.*